# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADMIRAL INSURANCE COMPANY<br>Plaintiff, | : | |
| v. | : | |
| ROBERT STRAUSS, EMILY STRAUSS,<br>EILEEN WALKER, SEAN F. BOGLE,<br>*as Personal Representative of the*<br>*Estate of Calvon Asiaya Williams,*<br>*Deceased*, SEAN F. BOGLE, *as*<br>*Plenary Guardian of the Person*<br>*and Property of C.W. a Minor*; and,<br>FOSTER PARENTS OF THE DEVEREUX<br>FOUNDATION<br>Defendants. | :<br><br><br><br>:<br><br><br>: | CIVIL ACTION<br>NO. 16-6223 |

**ORDER**

AND NOW, this 20th day of September, 2017, upon consideration of: Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11); Plaintiff's Response in Opposition thereto (ECF No. 12); Defendants' Reply (ECF No. 16); and, Plaintiff's Sur-Reply (ECF No. 19), it is hereby ORDERED that Defendants' Motion is GRANTED.

It is further ORDERED that the Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II   J.